

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Kevin M. St. John
Deputy Attorney General

Steven P. Means
Executive Assistant

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Maria S. Lazar
Assistant Attorney General
lazarms@doj.state.wi.us
608/267-3519
FAX 608/267-2223

October 4, 2011

**VIA ELECTRONIC CASE FILING**

The Honorable William E. Callahan, Jr.
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202-4500

> Re: *Marleen M. LaPlant v. Northwestern Mutual Life Insurance Co.*
> Case No. 11-C-00910-WEC

Dear Judge Callahan:

On September 28, 2011, the Northwestern Mutual Life Insurance Company filed a Notice of Removal to federal court with respect to the above-referenced lawsuit. On that same date, the clerk of court entered the names of all counsel of record in the previous matter as counsel in this federal lawsuit. My name, and new office, was included.

I am now an Assistant Attorney General and am no longer associated with the law firm of Galanis, Pollack, Jacobs and Johnson. The Attorney General's Office does not represent Ms. LaPlant in this—or any other lawsuit. I had called the clerk of court's office to have my name and the Department of Justice removed from the docket, but was informed that that could only be accomplished by letter.

Kindly have the clerk of court remove my name from the docket in this federal action. Thank you. I have notified all other counsel listed on PACER.

> Sincerely,
> s/Maria S. Lazar
> Maria S. Lazar
> Assistant Attorney General
> State Bar #1017150

MSL:ajw

c: David Boies, III/Mark J. Schirmer/Timothy D. Battin
George P. Kersten/E. Campion Kersten/Kenan J. Kersten
Jeffrey A. Bartos
Mark B. Pollack
Eric J. Van Vugt/Joshua D. Maggard