# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MARLEEN M. LAPLANT, on her own behalf
and on behalf of a class similarly situated,**
        Plaintiffs,

    v.                                    Case No. 11-CV-00910

**THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,**
        Defendant.

---

## ORDER

**IT IS ORDERED** that a scheduling conference will be held on **January 31, 2013 at 11:30 a.m.** in Room 364, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin.

Dated at Milwaukee, Wisconsin, this 14th day of January 2013.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge