# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARLEEN M. LAPLANT,
on her own behalf and on behalf of a class
similarly situated,

        Plaintiff,

        v.                                                    Case No. 11-CV-910

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, a Wisconsin
mutual insurance corporation

        Defendant.

## DEFENDANT'S UNOPPOSED MOTION EXTENDING ITS DEADLINE
## TO FILE ITS OPPOSITION BRIEF TO JULY 1, 2013

On April 9, 2013, the Court granted Defendant's Unopposed Motion Setting its Deadline to File its Opposition Brief to May 31, 2013 [DKT 34]. The parties have conferred and have mutually agreed to extend this deadline to July 1, 2013.

Accordingly, Defendant respectfully asks the Court to extend the deadline for Defendant to file its opposition brief to July 1, 2013.

Dated April 30, 2013.

  /s/ Joshua D. Maggard
Eric J. Van Vugt (1017336)
Joshua D. Maggard (1061378)
Quarles & Brady LLP
411 E. Wisconsin Ave
Milwaukee, Wisconsin 53202
Telephone: (414) 277-5625
Fax: (414) 9788625
eric.vanvugt@quarles.com
joshua.maggard@quarles.com

Adam L. Hoeflich
Sean C. Grimsley
John M. Hughes
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60654
Telephone: 312-494-4400
Fax: 312-494-4440
adam.hoeflich@bartlit-beck.com
sean.grimsley@bartlit-beck.com
john.hughes@bartlit-beck.com

*Attorneys for Defendant The Northwestern Mutual Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I electronically filed the foregoing document using the ECF system for the Eastern District of Wisconsin. The ECF System will send notification of such filing to all counsel of record.

Dated April 30, 2013.

  /s/ Joshua D. Maggard