# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

MARLEEN M. LAPLANT,
on her own behalf and on behalf of a class
similarly situated,

       Plaintiff,

      v.                                    Case No. 11-CV-910

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, a Wisconsin
mutual insurance corporation

       Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION TO FILE RESPONSE BRIEF IN EXCESS OF PAGE LIMITATIONS

---

Defendant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual")

files this Unopposed Motion to File Brief in Excess of Page Limitations pursuant to Civil L.R.

7(F) and in support states the following:

On March 4, 2013, the Plaintiff filed a Brief in Support of Motion for An Order

Redefining the Class and For Related Relief [DKT 32]. The parties have conferred and agree

that good cause exists for an extension to the briefing page limits set out in Civil L.R. 7. The

parties propose that Northwestern Mutual may have forty-five (45) pages for its brief in

opposition, and that the Plaintiff may have twenty-five (25) pages for its reply brief in support of

its motion.

Accordingly, Northwestern Mutual respectfully requests that the Court grant its

Unopposed Motion to File Response Brief in Excess of Page Limitations and permit the

Defendant to file its opposition brief of no more than forty-five (45) pages.

QB\21604465.1

Dated June 17, 2013.

   /s/ Joshua D. Maggard_____
Eric J. Van Vugt (1017336)
Joshua D. Maggard (1061378)
Quarles & Brady LLP
411 E. Wisconsin Ave
Milwaukee, Wisconsin 53202
Telephone: (414) 277-5625
Fax: (414) 9788625
eric.vanvugt@quarles.com
joshua.maggard@quarles.com

Adam L. Hoeflich
Sean C. Grimsley
John M. Hughes
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60654
Telephone: 312-494-4400
Fax: 312-494-4440
adam.hoeflich@bartlit-beck.com
sean.grimsley@bartlit-beck.com
john.hughes@bartlit-beck.com

*Attorneys for Defendant The Northwestern
Mutual Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, I electronically filed the foregoing document using

the ECF system for the Eastern District of Wisconsin.  The ECF System will send notification of

such filing to all counsel of record.

Dated June 17, 2013.

__/s/ Joshua D. Maggard_____