UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

MARLEEN M. LAPLANT, on her own behalf

and on behalf of a class similarly situated,

Plaintiffs,

v.  Case No. 2:11-CV-00910

THE NORTHWESTERN MUTUAL

LIFE INSURANCE COMPANY, a

Wisconsin mutual insurance corporation,

Defendant.

---

**NORTHWESTERN MUTUAL'S MOTION TO EXCLUDE THE REPORT AND OPINIONS OF PLAINTIFFS' PROPOSED EXPERT ROBERT HOYER**

---

Pursuant to Rule 702 of the Federal Rules of Evidence, Northwestern Mutual moves the Court for an order excluding the report, opinions, and testimony of Plaintiffs' proposed expert Robert Hoyer.

The grounds for this motion are set forth in the supporting brief and appendix filed herewith.

Dated this 1st day of July, 2013

By: /s/ Adam Hoeflich
Adam Hoeflich (*pro hac vice*)
Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

        Bartlit Beck Herman Palenchar & Scott LLP
        54 West Hubbard St. # 300
        Chicago, IL 60654
        Telephone: (312) 494-4400
        Fax: (312) 494-4440
        Email: adam.hoeflich@bbhps.com

        Sean Grimsley
        John Hughes
        Bartlit Beck Herman Palenchar & Scott LLP
        1899 Wynkoop St. 8th Floor
        Denver, CO 80202
        Telephone: (303) 592-3100
        Fax: (303) 592-3140
        Email: sean.grimsley@bbhps.com
                john.hughes@bbhps.com

        Eric J. Van Vugt (Wis. Bar No. 1017336)
        Joshua D. Maggard (Wis. Bar No. 1061378)
        Quarles & Brady LLP
        411 E. Wisconsin Avenue
        Milwaukee, Wisconsin 53202
        Telephone: (414) 277-5625
        Fax: (414) 978-8625
        Email: eric.vanvugt@quarles.com
                joshua.maggard@quarles.com

1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served via the ECF system which will send a notice of electronic filing to the following: George Kersten, Jeffrey A. Bartos, Mark B. Pollack.

s/ Adam Hoeflich