# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

---

MARLEEN M. LAPLANT, on her own behalf

and on behalf of a class similarly situated,

Plaintiffs,

v.  Case No. 2:11-CV-00910

THE NORTHWESTERN MUTUAL

LIFE INSURANCE COMPANY, a

Wisconsin mutual insurance corporation,

Defendant.

---

**NORTHWESTERN MUTUAL'S MOTION TO DECERTIFY WISCONSIN ONLY CLASS CERTIFIED UNDER WISCONSIN RULES**

---

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Northwestern Mutual moves the court for an order vacating the class certification order of the state court dated October 26, 2009.

The grounds for this motion are set forth in the supporting brief and appendix filed herewith.

Dated this 1st day of July, 2013

By: /s/ Adam Hoeflich
Adam Hoeflich (*pro hac vice*)

Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile:   (312) 494-4440
Email:  adam.hoeflich@bbhps.com

Sean C. Grimsley
John M. Hughes
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile:   (303) 592-3140
Email:  sean.grimsley@bbhps.com
        john.hughes@bbhps.com

Eric J. Van Vugt (Wis. Bar No. 1017336)
Joshua D. Maggard (Wis. Bar No. 1061378)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: (414) 277-5625
Facsimile:   (414) 978-8625
Email:  eric.vanvugt@quarles.com
        joshua.maggard@quarles.com

1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served via the ECF system which will send a notice of electronic filing to the following: George Kersten, Jeffrey A. Bartos, Mark B. Pollack.

s/ Adam Hoeflich

4843-4417-2564, v 2