IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MARLEEN M. LAPLANT, on her own behalf
and on behalf of a class similarly situated,

        Plaintiffs.

    vs.                              No. 11-CV-00910-LA

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

        Defendant.

## PRAECIPE

PLEASE TAKE NOTICE of the change of address for undersigned counsel for plaintiffs in this matter. Our new address is

    Guerrieri, Clayman, Bartos & Parcelli, P.C.
    1900 M Street, N.W., Suite 700
    Washington, D.C. 20036-3518

                          Respectfully submitted,

                          /s/ Jeffrey A. Bartos
                          Jeffrey A. Bartos
                          GUERRIERI, CLAYMAN, BARTOS &
                            PARCELLI, PC
                          1900 M St., NW, Suite 700
                          Washington, DC 20036
                          Tele: (202) 624-7400