# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
_____

MARLEEN M. LAPLANT, on her own behalf
and on behalf of a class similarly situated,

      Plaintiffs,

  v.                      Case No. 2:11-CV-00910

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, a
Wisconsin mutual insurance corporation,

      Defendant.
_____

## AGREED MOTION TO REVISE BRIEFING SCHEDULE
_____

The parties jointly move the court to revise the briefing schedule on motions pending in this court to be as follows:

1. The due date for plaintiffs' reply brief on their motion to redefine the class and for their briefs in opposition to defendant's motions to exclude the report and opinions of Robert Hoyer and to decertify the Wisconsin class shall be October 25, 2013.

2. The due date for defendant's reply briefs on its said motions shall be November 25, 2013.

This rescheduling is being requested to accommodate the scheduling needs of experts and other witnesses deposed and to be deposed in connection with their reports and affidavits filed in connection with the pending motions, and to permit adequate time for preparation of transcripts and completion of briefing. The parties

have conferred and jointly consider the revised schedule requested above to be reasonable.

Dated: September 13, 2013.

Respectfully submitted,

<u>/s/ George P. Kersten</u>
George P. Kersten,
  one of the attorneys for the plaintiffs
KERSTEN & MCKINNON, S.C.
P.O. Box 427
Mequon, WI 53092
Tele: (262) 241-0054
george@kerstenlaw.com