UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARLEEN M. LAPLANT, on her own behalf
and on behalf of a class similarly situated,

       Plaintiffs,

    v.                                  Case No. 2:11-CV-00910

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, a
Wisconsin mutual insurance corporation,

       Defendant.

---

### AGREED MOTION TO SET SCHEDULE FOR REMAINING BRIEFS
---

The parties jointly move the court to set the following schedule for the remaining briefing on the pending motions:

1. The due date for defendant's brief in opposition to plaintiffs' motion to strike the reports of Ravi Dhar and Michael J. Moore and its reply briefs on its motion to exclude the report and opinions of Robert Hoyer and its motion to decertify the Wisconsin class is December 13, 2013.

2. The due date for plaintiffs' reply brief on its motion to strike the expert reports of Ravi Dhar and Michael J. Moore is January 31, 2014.

This schedule is being jointly requested to accommodate the parties' scheduling needs in light of the Thanksgiving and Christmas/New Year holidays and related travelling and other commitments of counsel. The parties have conferred and jointly consider the revised schedule requested above to be

reasonable.

Dated: November 8, 2013.

Respectfully submitted,

/s/ John M. Hughes
John M. Hughes
  one of the attorneys for the defendant
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop St., 8th Floor
Denver, CO 80202
Tel: (303) 592-3100
john.hughes@bartlit-beck.com