# Kersten & McKinnon, S.C.

### Attorneys at Law

P.O. Box 427
Mequon, Wisconsin 53092

Telephone 262-241-0054
Fax 262-241-5935

George P. Kersten
Kenan J. Kersten

Of Counsel
E. Campion Kersten

Office Manager
Trudy Mattocks

Charles J. Kersten
(1902-1972)
J.P. McKinnon
(1914-1973)
Arlo McKinnon
(1904-1999)

November 8, 2013

The Honorable Lynn S. Adelman
United States District Judge
517 East Wisconsin Avenue, Room 364
Milwaukee, WI 53202

Re: LaPlant v. Northwestern Mutual
Case No. 2:11-CV-00910

Dear Judge Adelman:

Enclosed please find courtesy copies of the following briefs in which we have corrected the errata listed on the attached Exhibits A through D:

1. Plaintiffs' Reply Brief in Support of Motion to Redefine the Class.
2. Plaintiffs' Brief Opposing Defendant's Motion to Exclude the Expert Report of Robert Hoyer.
3. Plaintiffs' Brief in Support of Their Motion to Strike the Expert Reports of Ravi Dhar and Michael J. Moore.
4. Plaintiffs' Brief Opposing Defendant's Motion to Decertify the Wisconsin Class.

We would appreciate the Court substituting these for the hard copies sent to the Court with our October 28, 2013 letter. Copies of the corrected pages are being sent with this letter and attachments to opposing counsel.

Sincerely,

George P. Kersten

Cc (by mail):
Adam L. Hoeflich, Esq.
Eric J. Van Vugt, Esq.
Plaintiff's co-counsel