UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARLEEN M. LAPLANT,
on her own behalf and on behalf of a class
similarly situated,

        Plaintiff,

        v.        Case No. 11-CV-910

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, a Wisconsin
mutual insurance corporation

        Defendant.

## RESPONSE TO PLAINTIFFS' CIVIL L.R.7(h) EXPEDITED NON-DISPOSITIVE MOTION TO UNSEAL SUPPLEMENTAL APPENDIX

Defendant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") does not oppose the plaintiffs' motion to unseal their supplemental appendix, subject to the plaintiffs' agreement to file redacted materials as set out in that motion. [DKT 64].

Indeed, Northwestern Mutual believed the parties had already reached agreement on this issue pursuant to the terms in its November 14, 2013 letter to plaintiffs' counsel.[1] Plaintiffs' counsel never responded to this letter or otherwise objected to Northwestern Mutual's proposal. Instead, plaintiffs waited nearly one month, without any additional discussion, and then filed their expedited motion on the same day that Northwestern Mutual's substantive briefing regarding class certification was due. In any event, Northwestern Mutual does not oppose the plaintiffs' motion to unseal their supplemental appendix filed on October 25, 2013, subject to the plaintiffs' agreement to file redacted materials as set out in their motion.

---

[1] *See* DKT 64, Exhibit A.

1

Dated: December 16, 2013

>Respectfully submitted,
>
>  /s/ Joshua D. Maggard
>Eric J. Van Vugt (1017336)
>Joshua D. Maggard (1061378)
>Quarles & Brady LLP
>411 E. Wisconsin Ave
>Milwaukee, Wisconsin 53202
>Telephone: (414) 277-5625
>Fax: (414) 9788625
>eric.vanvugt@quarles.com
>joshua.maggard@quarles.com
>
>Adam L. Hoeflich
>Sean C. Grimsley
>John M. Hughes
>Bartlit Beck Herman Palenchar & Scott LLP
>54 West Hubbard, Suite 300
>Chicago, IL 60654
>Telephone: 312-494-4400
>Fax: 312-494-4440
>adam.hoeflich@bartlit-beck.com
>sean.grimsley@bartlit-beck.com
>john.hughes@bartlit-beck.com
>
>*Attorneys for Defendant The Northwestern Mutual Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, I electronically filed the foregoing document using the ECF system for the Eastern District of Wisconsin. The ECF System will send notification of such filing to all counsel of record.

Dated December 16, 2013.

>   /s/ Joshua D. Maggard