# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LaPlant

Plaintiff,

v.                                      Case No. 11CV910

NML

Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 10:30 am
Deputy Clerk: CEB

Date: 9/30/15
Concluded: 11:20am
Court Reporter: Sheryl Stawski

APPEARANCES:

Plaintiff: George P. Kersten, Jeff Bartos

Defendant: Rod Schneider, Sean Grimsley, Raymond Manista

Nature of Conference: fairness hearing [ ] Telephonic

Notes:

- The parties reiterated the fairness and reasonableness of the class action settlement.
- The court will issue a written decision on the attorneys' fees issue, which was objected to, and will approve the agreement at the same time.
- The parties should submit an editable version of their proposed final order to the court's proposed order email box.